| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|
| | Calendar Year 2002 | |

| 1 Person Reporting (Last name, First name, Middle initial)<br><br>Saylor, F. Dennis IV | 2. Court or Organization<br><br>U.S. District Court, Mass | 3. Date of Report<br><br>7/31/2003 |
|---|---|---|
| 4 Title (Article III Judges indicate active or senior status: magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-(Nominee) | 5. Report Type (check appropriate type)<br><br>● Nomination.  Date  7/30/2003<br><br>○ Initial  ○ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2002<br><br>to<br><br>7/25/2003 |
| 7. Chambers or Office Address<br><br>Goodwin Procter LLP<br><br>Exchange Place<br><br>Boston, MA 02109 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Goodwin Procter LLP |
| 2. | Member | Josiah Smith Tavern Committee, Town of Weston |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | I will resign from the partnership of Goodwin Procter LLP as of the date of my confirmation. It is my understanding and expectation that [cont'd at Part VIII ] |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1 | 2001-03 | U.S. Department of Justice [trial attorney] | |
| 2. | 2001-03 | Goodwin Procter LLP [law practice] | $1,622,441 (total) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 7/31/2003 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fleet Bank | A | Interest | J | T | exempt | | | | |
| 2. Fleet Bank | A | Interest | J | T | exempt | | | | |
| 3. Fidelity Cash Reserves | C | Dividend | N | T | exempt | | | | |
| 4. Fidelity Cash Reserves | A | Dividend | J | T | exempt | | | | |
| 5. 3M Common Stock | | None | J | T | exempt | | | | |
| 6. Wilmington Trust Common Stock | A | Dividend | J | T | exempt | | | | |
| 7. Fidelity Growth Co Mutual Fund | | None | J | T | exempt | | | | |
| 8. Fidelity Small Cap Independence Mutual Fund | | None | J | T | exempt | | | | |
| 9. Fidelity Mid Cap Stock Mutual Fund | A | Dividend | K | T | exempt | | | | |
| 10. Fidelity Growth Co Mutual Fund | | None | J | T | exempt | | | | |
| 11. Fidelity Asset Manager Growth Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 12. Janus Worldwide Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 13. Third Avenue Value Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 14. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 15. Vanugard US Growth Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 16. Templeton World Fund A Mutual Fund | A | Dividend | J | T | exempte | | | | |
| 17. T. Rowe Price New Horizons Mutual Fund | | None | J | T | exempt | | | | |
| 18. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | exempt | | | | |

1. Income Gain Codes.      A  $1,000 or less      B  $1,001-$2,500      C  $2,501-$5,000      D  $5,001-$15,000      E  $15,001-$50,000
   (See Columns B1 and D4)   F  $50,001-$100,000   G  $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2  More than $5,000,000
2. Value Codes:      J  $15,000 or less      K  $15,001-$50,000      L  $50,001-$100,000      M  $100,001-$250,000
   (See Columns C1 and D3)   N  $250,000-$500,000   O  $500,001-$1,000,000   P1  $1,000,001-$5,000,000   P2  $5,000,001-$25,000,000
   P3  $25,000,001-$50,000,000      P4  $More than $50,000,000
3. Value Method Codes      Q  Appraisal      R  Cost (Real Estate Only)      S  Assessment      T  Cash/Market
   (See Column C2)   U  Book Value      V  Other      W  Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 3

Name of Person Reporting

Saylor, F. Dennis IV

Date of Report

7/31/2003

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions )

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type  (e.g.<br>div. rent or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type  (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date-<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 20. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 21. Fidelity UFund 429 Plan | | None | K | T | exempt | | | | |
| 22. Fidelity UFund 429 Plan | | None | K | T | exempt | | | | |
| 23. Fidelity UFund 429 Plan | | None | K | T | exempt | | | | |
| 24. IRAs Fidelity:<br>Contrafund II Mutual Fund | A | Dividend | K | T | exempt | | | | |
| 25. IRAs Fidelity:<br>Japan Mutual Fund | | None | J | T | exempt | | | | |
| 26. IRAs Fidelity:<br>Puritan Mutual Fund | A | Dividend | L | T | exempt | | | | |
| 27. IRAs Fidelity:<br>Aggressive Growth Mutual Fund | | None | J | T | exempt | | | | |
| 28. IRAs Fidelity:<br>Contrafund II Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 29. IRAs Fidelity:<br>Magellan Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 30. IRAs Fidelity:<br>Blue Chip Mutual Fund | A | Dividend | J | T | exempt | | | | |
| 31. MONY: Life Insurance Policies | A | Dividend | J | T | exempt | | | | |
| 32. Goodwin Procter -- interest on capital | D | Interest | M | T | exempt | | | | |
| 33. Goodwin Procter Partnership Profit Sharing Savings Plan: | | | | | | | | | |
| 34. Fidelity Funds:<br>Aggressive Growth Mutual Fund | | None | J | T | exempt | | | | |
| 35. Fidelity Funds:<br>Blue Chip Mutual Fund | A | Dividend | L | T | exempt | | | | |
| 36. Fidelity Funds:<br>Capital Appreciation | A | Dividend | K | T | exempt | | | | |

| 1  Income/Gain Codes. | A  = $1,000 or less | B  $1,001-$2,500 | C  $2,501-$5,000 | D  $5,001-$15,000 | E  $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  $1,000,001-$5,000,000 | H2  More than $5,000,000 | |
| 2. Value Codes. | J  = $15,000 or less | K  $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 7/31/2003 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div, rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date-<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Fidelity Funds:<br>Contrafund | A | Dividend | L | T | exempt | | | | |
| 38. Fidelity Funds:<br>Equity-Income II | A | Dividend | K | T | exempt | | | | |
| 39. Fidelity Funds:<br>Fidelity Fund | A | Dividend | K | T | exempt | | | | |
| 40. Fidelity Funds:<br>Magellan | A | Dividend | K | T | exempt | | | | |
| 41. Fidelity Funds:<br>Mid-Cap Stock | A | Dividend | J | T | exempt | | | | |
| 42. Fidelity Funds:<br>Real Estate | A | Dividend | J | T | exempt | | | | |
| 43. Fidelity Funds:<br>Value | A | Dividend | K | T | exempt | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

[continued from Part II]...

in connection with my resignation, I will receive a return of my invested capital in the firm, to be paid in a lump sum, and payment of a to-be determined amount reflecting my share of the firm's profits for the then-current fiscal year, also to be paid in a lump sum. I also understand and expect that my Goodwin Procter Partnership Profit Sharing Savings Plan will be rolled over into an Individual Retirement Account (or other appropriate tax-deferred arrangement)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Saylor, F Dennis IV | 7/31/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

[continued from Part II]...

in connection with my resignation, I will receive a return of my invested capital in the firm, to be paid in a lump sum, and payment of a to-be determined amount reflecting my share of the firm's profits for the then-current fiscal year, also to be paid in a lump sum. I also understand and expect that my Goodwin Procter Partnership Profit Sharing Savings Plan will be rolled over into an Individual Retirement Account (or other appropriate tax-deferred arrangement)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Saylor, F. Dennis IV | 7/31/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _7/31/03_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

IRAs (CAF)
    Fidelity Mutual Funds

| | | | |
|---|---|---:|---|
| Contrafund II | $ | 5,977.96 | (5/23/03) |
| Magellan | $ | 10,067.29 | (5/23/03) |
| Blue Chip Growth | $ | 8,575.34 | (5/23/03) |
| Subtotal: | $ | 24,620.59 | (5/23/03) |

Goodwin Procter LLP Partnership
Profit Sharing Savings Plan (FDS)
    Fidelity Mutual Funds

| | | | |
|---|---|---:|---|
| Aggressive Growth | $ | 3,508.40 | (5/22/03) |
| Blue Chip | $ | 68,840.06 | (5/22/03) |
| Capital Appreciation | $ | 32,747.29 | (5/22/03) |
| Contrafund | $ | 74,815.40 | (5/22/03) |
| Equity-Income II | $ | 22,095.65 | (5/22/03) |
| Fidelity Fund | $ | 36,003.43 | (5/22/03) |
| Magellan | $ | 19,453.14 | (5/22/03) |
| Mid-Cap Stock | $ | 6,798.01 | (5/22/03) |
| Real Estate | $ | 5,964.72 | (5/22/03) |
| Value | $ | 32,734.88 | (5/22/03) |
| Subtotal: | $ | 302,960.98 | |

## LIABILITIES

**Real estate mortgages payable**      $ 425,000.00      (7/24/03)
Washington Mutual (Residence, Weston, MA)

## NOTES

1. 

| | | |
|---|---|---|
| FDS | = | F. Dennis Saylor IV |
| CAF | = | Catherine Adams Fiske (wife) |
| JFS | = | John F. Saylor (minor son) |
| CFS | = | Charles F. Saylor (minor son) |
| ABS | = | Alexander B. Saylor (minor son) |
| Joint | = | F. Dennis Saylor IV and Catherine Adams Fiske |
| UTMA | = | Uniform Transfer to Minors Act |

2.     Real estate:    Valuation based on current tax assessment.

3. My wife, Catherine Adams Fiske, is one of nine beneficiaries of a trust created under the will of Robert B. Fiske dated April 20, 1990, F/B/O Dorothy Frances Fiske. The total balance of funds held by the trust as of 12/31/02 was $4,682.99, of which a one-ninth share is $520.33. The funds are held at Fleet National Bank in Connecticut.

LIBA/1268169.2